Fill in this information to identify your case:

Debtor 1: Galen Derry

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: District of Maryland

Case number (if known): 16-15113

☐ Check if this is an amended filing

BALTIMORE-NIGHT BOX
2016 MAY -6 PM 7:06

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Midland Mortgage<br>Description of property securing debt: Debtor's Residence | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☑ Retain the property and [explain]: Continue Regular Mortgage Payments as made | ☐ No<br>☑ Yes |
| Creditor's name:<br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

FILED 2016 MAY -9 PM 12:36

Official Form 108     Statement of Intention for Individuals Filing Under Chapter 7     page 1

Debtor 1 __Galen Derry_____   Case number (if known) __16-15113__
         First Name   Middle Name   Last Name

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

**Will the lease be assumed?**

Lessor's name:
- ❏ No
- ❏ Yes

Description of leased property:

Lessor's name:
- ❏ No
- ❏ Yes

Description of leased property:

Lessor's name:
- ❏ No
- ❏ Yes

Description of leased property:

Lessor's name:
- ❏ No
- ❏ Yes

Description of leased property:

Lessor's name:
- ❏ No
- ❏ Yes

Description of leased property:

Lessor's name:
- ❏ No
- ❏ Yes

Description of leased property:

Lessor's name:
- ❏ No
- ❏ Yes

Description of leased property:

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _[signature]_____  X _____
Signature of Debtor 1                                      Signature of Debtor 2

Date __5 / 5 / 16__                                              Date ___/___/_____
    MM / DD / YYYY                                         MM / DD / YYYY